**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND**

**Civil Action No. 04-cv-235–HRW**

**DEBORAH CONN for**
**AMIE ROSE ,**                                                                                 **PLAINTIFF,**

**v.**                                                     **JUDGMENT**

**JO ANNE B. BARNHART**
**COMMISSIONER OF SOCIAL SECURITY,**                      **DEFENDANT.**


In conformity with the Memorandum Opinion and Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A.  pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

B.  the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby;

C.  this action is **STRICKEN** from the active docket of the Court.

This July 6, 2005.



Signed By:
*Henry R Wilhoit Jr.*
United States District Judge